IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON A. FINIZIE, | : | CIVIL ACTION |
| | : | NO. 15-2050 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ROBERT A. MCDONALD, | : | |
| SECRETARY, DEPARTMENT OF | : | |
| VETERANS AFFAIRS, | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this **30th** day of **June, 2017**, upon consideration of Plaintiff's Complaint (ECF No. 1), Defendant's Answer (ECF No. 4), Defendant's Motion for Summary Judgment (ECF No. 29), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 32), and Defendant's Motion for Leave to File a Reply Brief (ECF No. 36), it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (ECF No. 29) is **GRANTED**.

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED with prejudice.**

3. Defendant's Motion for Leave to File a Reply Brief (ECF No. 36) is **DENIED as moot.**[1]

---

[1] The Court considered the contents of the proposed

The Clerk of Court is directed to mark the case as **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo Robreno
**EDUARDO C. ROBRENO, J.**

---

reply brief, attached as Exhibit A (ECF No. 36-1), in reaching its decision to grant Defendant's motion for summary judgment.